UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cr-73 |
| ) | |
| MARCUS POMPY, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 4, 2025, the Government filed a petition alleging that the defendant, Marcus Pompy, violated the terms of his supervised release. At the June 5, 2025 initial appearance, the Government asked that the defendant be detained pending the hearing on the petition. At the detention hearing, the parties agreed to modify the terms of the defendant's supervised release as follows:

A) The period of supervision will be extended until February 28, 2026.

B) The defendant will be on electronic monitoring until the end of the supervision.

The defendant was advised of his right to a hearing before the district judge on the extension of the supervised release, and he waived his right to a hearing.

Both the Government and the defendant waived the right to file an objection to this Report and Recommendation.

Therefore, it is **RECOMMENDED**:

1. The period of supervision be extended until February 28, 2026; and

2. The defendant be on electronic monitoring until the end of supervision.

ENTERED this 18th day of June, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge