UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19 CR 73 |
| | ) | |
| MARCUS POMPY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 60.) Defendant is **ADJUDGED** to have committed a violation of supervised release as described in the February 4, 2025, Petition. (DE # 49.) Defendant's period of supervision is extended until February 28, 2026, and defendant will be on electronic monitoring until the end of the supervision.

**SO ORDERED.**

Date: June 23, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT